UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT ENRIQUE MARENCO,

        Plaintiff,

   v.

MERCY HOUSING, et al.,

        Defendants.

Case No.  3:18-cv-03599-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: Dkt. No. 11

I have reviewed Magistrate Judge Laurel Beeler's Report and Recommendation to dismiss this complaint with prejudice.  Dkt. No. 11.  Judge Beeler previously granted plaintiff Robert Enrique Marenco's In Forma Pauperis request, screened the complaint for minimal legal viability under 28 U.S.C. § 1915(e)(2)(B), determined that it was frivolous and failed to state a claim, dismissed the complaint without prejudice, and gave him 21 days to file an amended complaint. Dkt. No. 6.  In that order, Judge Beeler warned Mr. Marenco that if he failed to timely file an amended complaint, she would recommend that the complaint be dismissed with prejudice and the case closed.  Mr. Marenco has not filed an amended complaint, nor has he timely filed an objection to the recommendation that this case be dismissed with prejudice.[1]

Mr. Marenco's claims stem from his allegations that (1) "someone (he does not specify who) is surreptitiously recording and filming him and live-streaming him on the 'megatron t.v.' at San Francisco Giants baseball games and elsewhere on the internet and closed-circuit television[,]" Dkt. No. 11 at 6, and (2) "San Francisco Police Officers Espinosa and Wu and

---

[1] The docket indicates that the mail sending the orders to Mr. Marenco has been returned as undeliverable, but he has been granted permission for electronic case filing, Dkt. No. 9, and has presumably received electronic notifications.

1   Mercy Housing have been releasing hazardous chemicals that have harmed him, caused him to

2   have illnesses, and caused 'interference of thoughts.'" *Id*. at 7.  Judge Beeler concluded that his

3   complaint "lacks an arguable basis either in law or in fact." *Id*.

4        I find the Report correct, well-reasoned, and thorough; I adopt it in every respect.

5   Accordingly, the complaint is DISMISSED WITH PREJUDICE, and the case will be closed.

6        **IT IS SO ORDERED.**

7   Dated: August 20, 2018

8

9                                                    _____

10                                                   William H. Orrick
                                                     United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28