UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO ENRIQUE MARENCO,

Plaintiff,

v.

MUNI SF MUNICIPAL
TRANSPORTATION, et al.,

Defendants.

Case No. 18-cv-05391-TSH

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Marenco v. Mercy Housing*, 18-cv-03599-WHO.

**IT IS SO ORDERED.**

Dated: September 10, 2018

THOMAS S. HIXSON
United States Magistrate Judge